## Case No. 10,232.

### NICHOLLS v. JOHNS.

[2 Cranch, C. C. 66.] [1]

Circuit Court, District of Columbia. Dec. Term, 1812.

#### COSTS—NONRESIDENT—SECURITY.

The plaintiff having removed his family into the county of Washington. the rule for security for costs was stricken out, by leave of the court.

[Cited in Miller's Adm'r v. Norfolk & W. R. Co., 47 Fed. 266.]

---

[1] [Reported by Hon. William Cranch, Chief Judge.]